# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Sandra Baskin, et al.

Plaintiff,

v.                                    Case No.: 1:09–cv–00197
                                      Honorable Amy J. St. Eve

NCO Financial Systems, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2009:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's oral request to dismiss in light of settlement is granted. This case is hereby dismissed without prejudice with leave to reinstate by 5/29/09. After 5/29/09, said dismissal will be with prejudice. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.